# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| **4COURT LEASING LLC** | **PLAINTIFF** |
| v. | Case No. 4:24-cv-00942-KGB |
| **REALTY INCOME CORPORATION** | **DEFENDANT** |

## CLERK'S ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

This matter came before the Court upon Plaintiff 4Court Leasing LLC's ("Plaintiff") Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss ("Motion"). Defendant Realty Income Corporation ("Defendant") does not oppose the request, and the Court otherwise finds good cause for granting Plaintiff's Motion.

Therefore, for the reasons set forth in the Motion and for good cause shown, the Motion is hereby **GRANTED**. Plaintiff will have an additional twenty-one (21) days to respond to Defendant's Motion to Dismiss, through and including December 11, 2024.

**IT IS SO ORDERED**

Signed at the Direction of the Court this 15th day of November, 2024.

**TAMMY DOWNS – CLERK OF COURT**
J. Kornegay, Deputy Clerk

1

Prepared By:

Blair B. Evans (AR Bar #93187)
Locke Houston Waldrop (TN #33360)[1]
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: 901.577.2192
Facsimile: 901.577.0746
bevans@bakerdonelson.com
lwaldrop@bakerdonelson.com

*Counsel for Plaintiff*

---

[1] Admitted in the Eastern and Western Districts of Arkansas.